HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PHILLIP THOMAS CUNNINGHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>PHILLIP THOMAS CUNNINGHAM,<br><br>                    Defendant. | No.  Cr. S 02-283 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable JOHN A. MENDEZ |

Defendant, PHILLIP THOMAS CUNNINGHAM by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 23, 2004, this Court sentenced Mr. Cunningham to a term of 168 months imprisonment on each of Counts 6, 10, 16, and 17, to be served concurrently, for a total term of 168 months;

3. His total offense level was 33, his criminal history category was II, and the resulting guideline range was 151 to 188 months;

4.      The sentencing range applicable to Mr. Cunningham was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Cunningham's total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cunningham's term of imprisonment to a term of 136 months on each of Counts 6, 10, 16, and 17, to be served concurrently, for a total term of 136 months .

Respectfully submitted,

| | |
|---|---|
| Dated:  January 29, 2015 | Dated:   January 29, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>PHILLIP THOMAS CUNNINGHAM |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Cunningham is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2004 is reduced to a term of 136 months on each of Counts 6, 10, 16, and 17, to be served concurrently, for a total term of 136 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Cunningham shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   January 29, 2015

/s/ JOHN A. MENDEZ
HONORABLE JOHN A. MENDEZ
United States District Judge